| | |
|---|---|
| M. B., a minor, by AMY BELL, Guardian, and AMY BELL and JONATHON BELL, Individually, | ) Case No.: **2:12-cv-02754** ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| WOLTERS KLUWER HEALTH, INC., WOLTERS KLUWER UNITED STATES, INC., and PFIZER, INC. | ) ) ) ) |
| Defendants. | ) ) |
| _____ | ) |

## PLAINTIFFS' DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury on all issues that may be tried by a jury.

Respectfully submitted,

Dated: June 4, 2012

**ROBINSON, CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.**

By: /s/ Mark P. Robinson, Jr.
Mark P. Robinson, Jr., CA SBN 054426
**ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288; Fax 949-720-1292
mrobinson@rcrlaw.net

Sean Patrick Tracey
Shawn Paul Fox
**TRACEY LAW FIRM**
440 Louisiana, Suite 1901
Houston, Texas 77002
713-495-2333; Fax 713-495-2331
stracey@traceylawfirm.com
sfox@traceylawfirm.com

Rosemary Pinto, Esq., PA Bar 53114
**FELDMAN & PINTO**
1604 Locus St, FL 2R
Philadelphia, PA 19103
 (215) 546-4385 Telephone
RPinto@feldmanpinto.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2012, I caused the foregoing document to be electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Mark P. Robinson, Jr.
Mark P. Robinson, Jr.